IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH A. SHERMAN,** | CIV S-04-1310 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **MELTON LOSOYA,** | |
| Respondent. | |

Respondent has sought an application for an extension of time in which to file an answer to the petition for writ of habeas corpus.

Good cause appearing, IT IS HEREBY ORDERED:

1. Respondent's request for an extension of time is granted;

2. The answer is due within thirty days of the date of this order. Petitioner's traverse, if any, is due thirty days after the answer is filed.

3. No further extensions of time to file the answer will be granted.

DATED: May 24, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1