IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,        No. CIV S-04-1310 LKK KJM P

    vs.

MELTON LOSOYA,

    Respondent.        <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve a traverse to respondent's answer, which was filed June 28, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 22, 2005 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: January 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
sher1310.111