IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,                    No. CIV S-04-1310 LKK KJM P

    vs.

YOLO COUNTY CHIEF PROBATION OFFICER, et al.,

    Respondents.                ORDER

/

This petition for writ of habeas corpus was dismissed on September 27, 2007. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: October 9, 2007.

_____
U.S. MAGISTRATE JUDGE

/ke
sher1310.158